IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERICO E. COLON, | |
|                 Plaintiff, | CIVIL ACTION |
| V. | NO: 2:23-cv-04243-MCA-MAH |
| CHUL Y. LEE, EAST LINE, INC., JOHN DOES 1-10 (said names being fictitious) and XYZ CORPORATIONS 1-10 (said names being fictitious), | |
|                 Defendant(s). | |
| BRIELLE SUISSA, | |
|                 Plaintiff, | CIVIL ACTION |
| V. | NO: 2:24-CV-00014 |
| EAST LINE, INC.; CHUL Y. LEE, INDIVIDUALLY, AND ABC CORPS (I-V); AND JANE AND JOHN DOE INDIVIDUALS (1-10), | |
|                 Defendant(s). | |
| ETHAN SUISSA, | |
|                 Plaintiff, | CIVIL ACTION |
| V. | NO: 2:24-CV-00021 |
| EAST LINE, INC.; CHUL Y. LEE, FEDERICO COLON, INDIVIDUALLY, AND ABC CORPS (I-V); AND JANE AND JOHN DOE INDIVIDUALS (1-5), | AMENDED COMPLAINT AND JURY DEMAND |
|                 Defendant(s). | |

## JURISDICTION

This matter arises out of a motor vehicle accident that occurred on Interstate 95 northbound, at milepost 40.9 of the New Jersey Turnpike, in the Township of Mount Laurel, New Jersey, at approximately fourteen minutes after midnight, on August 5, 2022. At the time of the accident, Plaintiff Ethan Suissa was a minor who resided at 330 Central Park, Apartment F9, Scarsdale, New York. At the time of the accident, Defendant Federico Colon, was operating a 2012 Volkswagen Golf at a high rate of speed and caused an accident which left his own vehicle disabled in the middle of three northbound lanes on the New Jersey Turnpike, when thereafter, Defendant Chul Y. Lee, was operating a 2017 Freightliner Cascadia, and resided at 7222 Abbey Road, Elkridge, Maryland. The aforementioned 2017 Freightliner Cascadia was owned and operated by Defendant East Line, Inc., which has its principal office at 3304 Washington Boulevard, Baltimore, MD. Defendant Federico Colon is a resident of the State of New Jersey. Defendant Chul Y. Lee, and Defendant East Line, Inc. are residents of the State of Maryland.

Accordingly, since the accident occurred in this district, and the defendants do not each reside in this district, under 28 U.S.C. Section 1391(b)(2), venue is properly laid in this judicial district of New Jersey.

**NOW COMES THE PLAINTIFF**, Ethan Suissa, <u>who has now reached the age of majority</u>, residing at 330 Central Park, Apartment F9, Scarsdale, New York, by way of this Complaint against the Defendants, states the following:

### FIRST COUNT

1. On or about Friday, August 5, 2022, Plaintiff Ethan Suissa, then a minor, but now having reached the age of majority, was a passenger in a motor vehicle that was lawfully and carefully traveling northbound on Interstate 95 in the Township of Mount Laurel, New Jersey, at or about milepost 40.9 of the New Jersey Turnpike, State of New Jersey.

2. At the time and place aforesaid Defendant Federico Colon, and/or John Does 1-10, (said names being fictitious, real names unknown), individually, and/or as gents/servants/employees of ABC Corps. 1-10 (said names being fictitious, real names unknown) so negligently, carelessly and/or recklessly owned, operated, controlled, maintained and/or entrusted motor vehicles so as to cause a collision with a vehicle operated by Ishan Stevenson (not a party).

3. As a result of Defendant Colon's negligence, his vehicle was caused to become disabled in the middle of the three northbound lanes, and he sustained injuries.

4. At the time of the accident, Brielle Suissa was plaintiff's close familial relative, namely his sister.

5. Brielle Suissa, the sister, as a Good Samaritan, went to assist Defendant Federico Colon.

6. While assisting Defendant Federico Colon, Brielle Suissa was severely injured when Defendant Chul Yee, while operating a 2017 Freightliner Cascadia, and resided at 7222 Abbey Road, Elkridge, Maryland slammed into the rear of Defendant Colon's disabled vehicle causing severe injuries to Plaintiff Ethan Suissa's sister, who plaintiff was watching, and in close-proximity to, at the time of impact.

7. As a direct and proximate result of the negligence of the Defendants, as aforesaid, either jointly, severally or in the alternative, the Plaintiff Ethan Suissa has suffered serious and permanent personal injuries; he has suffered and will in the future suffer great pain; he has been and will in the future be forced to expend large sums of money for medical care and attention; he has lost and will in the future lose large sums of money for wages; and he has been and will in the future be unable to pursue his normal daily activities as before.

**WHEREFORE**, the Plaintiff, Ethan Suissa demands judgment against the defendants, either jointly, severally or in the alternative, for damages together with interest and costs of suit.

## SECOND COUNT

1. Plaintiff hereby repeats and realleges each and every allegation contained in the preceding sections of this Complaint, and incorporates same by reference, as though more fully set forth at length herein.

2. On or about Friday, August 5, 2022, Plaintiff Ethan Suissa, then a minor, but now having reached the age of majority, was a passenger in a motor vehicle that was lawfully and carefully traveling northbound on Interstate 95 in the Township of Mount Laurel, New Jersey, at or about milepost 40.9 of the New Jersey Turnpike, State of New Jersey.

3. On August 5, 2022, and at all times pertinent hereto, Defendant East Line, Inc., and/or ABC Corps 1 – 5, was a business entity licensed to do business in the State of New Jersey and organized and/or existing under the State of Maryland, with a principle place of business at 3304 Washington Boulevard, Baltimore, MD, was the employer, principal and/or master of Defendant Chul Y. Lee and/or John Doe Individuals 1- 5, and was the owner of the commercial tractor and/or trailer/chassis and/or container, which was operated by Defendant Chul Y. Lee and/or John Doe Individuals 1- 5, at the time he crashed into the rear of the disabled vehicle that had been operated by Defendant Federico Colon, who had suffered injuries in an earlier accident, and to whom Brielle Suissa was emergently attending to as a Good Samaritan, whereupon she in turn sustained injuries giving rise to this Complaint.

4. At all times pertinent hereto, Defendant East Line, Inc. and/or ABC Corps. 1 – 5, was a licensed commercial carrier under the Federal Motor Carrier Safety Administration and/or United State Department of Transportation, and, as such, had a heightened duty to exercise a higher standard of care for the safety of the motoring public.

5. On August 5, 2022, and at all times pertinent hereto, Defendant East Line, Inc., and/or ABC Corps. 1 – 5, through its principals, administrators, agents, employees, servants and/or

representatives, Defendant Chul Y. Lee and/or John Doe Individuals 1- 5, had a duty to ensure/guarantee that its employees, agents, servants, independent contractors and/or the operators of commercial tractors, trailer/chassis and/or containers that it owned and/or were being operated on its behalf, or with its permission, would operate said commercial tractors, trailer/chassis and/or containers in a safe and prudent manner so as to avoid an unreasonable risk of injury to others and specifically the Plaintiff Ethan Suissa.

6. On August 5, 2022, and at all times pertinent hereto, Defendant East Line, Inc., and/or ABC Corps. 1 – 5, through its principals, administrators, agents, employees, servants and/or representatives, Defendant Chul Y. Lee and/or John Doe Individuals 1- 5, negligently, carelessly and/or recklessly breached its duty, as aforesaid, in that it, *inter alia*,

  A. Engaged in negligent, careless and/or reckless hiring practices of the driver of the commercial tractor and/or trailer/chassis and/or container (namely, Defendant Chul Y. Lee and/or John Doe Individuals 1- 5);

  B. Engaged in the negligent, careless and/or reckless selection of an independent contractor;

  C. Failed to conduct proper background checks / vetting of the driver of the commercial tractor and/or trailer/chassis and/or container (namely, Defendant Chul Y. Lee and/or John Doe Individuals 1- 5);

  D. Failed to properly train and/or supervise the driver of the commercial tractor and/or trailer/chassis and/or container (namely, Defendant Chul Y. Lee and/or John Doe Individuals 1- 5);

  E. Improperly/Unsafely loaded the subject commercial tractor and/or trailer/chassis and/or container, and/or allowed the

        commercial tractor and/or trailer/chassis and/or container to be operated in an unsafe condition;

F. Unsafely over-loaded the subject commercial tractor and/or trailer/chassis and/or container, and/or permitted said commercial tractor and/or trailer/chassis and/or container to be unsafely over-loaded;

G. Failed to undertake appropriate efforts to observe/assess the safety of the commercial driver operating the vehicle in question, who was unfit and/or in an obviously unsafe condition to be operating the commercial vehicle in question;

H. Failed to have in place appropriate procedures for the monitoring and/or supervision of the drivers of commercial tractors, trailer/chassis and/or containers (including Defendant Chul Y. Lee and/or John Doe Individuals 1- 5) to ensure that they were suitable and were in a safe condition to drive; and/or

I. Otherwise negligently entrusted the subject commercial tractor and/or trailer/chassis and/or container to Defendant Chul Y. Lee and/or John Doe Individuals 1- 5, who it knew or should have known would discharge his duties and/or responsibilities as a driver in a negligent, careless and/or reckless manner.

7. As a direct and proximate result of the negligence, carelessness and/or recklessness of Defendant East Line, Inc., and/or ABC Corps. 1 – 5, through its principals, administrators, agents, employees, servants and/or representatives, Defendant Chul Y. Lee and/or John Doe Individuals 1- 5, as aforesaid, the plaintiff Ethan Suissa was caused to sustain serious and permanent personal injuries. He has and will in the future suffer great pain and suffering, disabilities, impairments, and loss of enjoyment of life; he has and will in the future be forced to expend large sums of money for medical care and attention; he has and will in the future be forced to lose wages

and suffer other economic losses; and he has and will in the future be unable to pursue his normal daily activities as before.

8. Defendant East Line, Inc., through its principals, administrators, agents, representatives, servants and/or employees, Defendant Chul Y. Lee and/or John Doe Individuals 1-5, is both primarily and vicariously liable for the aforementioned injuries.

**WHEREFORE**, the plaintiff Ethan Suissa hereby demands judgment against the Defendants, either jointly, severally or in the alternative, for compensatory damages, together with interest, costs of suit and such other relief as the Court may deem just and equitable.

## THIRD COUNT

1. Plaintiff hereby repeats and realleges each and every allegation contained in the preceding sections of this Complaint, and incorporates same by reference, as though more fully set forth at length herein.

2. On August 5, 2022, and at all times pertinent hereto, Defendant Chul Y. Lee and/or John Doe Individuals 1-5, was an employee, agent and/or representative of Defendant East Line, Inc. and/or ABC Corps. 1 – 5, and was the permitted user/operator of the commercial tractor and/or trailer/chassis and/or container owned/operated by Defendant East Line, Inc. and/or ABC Corps. 1-5, who negligently, carelessly, recklessly and violently struck the disable vehicle operated by Federico Colon, whereat plaintiff Brielle Suissa was rendering aid as a Good Samaritan.

3. On August 5, 2022, and at all times pertinent hereto, Defendant Chul Y. Lee and/or John Doe Individuals 1-5, had a duty to operate the commercial tractor and/or trailer/chassis and/or container in a safe and prudent manner so as not to create an unreasonable risk of injury to others.

4. On August 5, 2022, and at all times pertinent hereto, Chul Y. Lee and/or John Doe Individuals 1-5 breached his duty, as aforesaid, in that he operated a commercial tractor and/or

trailer/chassis and/or container in a negligent, careless and/or reckless manner; failed to maintain control of a commercial tractor and/or trailer/chassis and/or container; failed to make proper observations; failed to take evasive action; traveled at a speed in excess of the posted speed limit; traveled at a speed in excess of that appropriate for the conditions then existing; failed to maintain a safe and proper distance from the disable vehicle of Federico Colon so as to not collide into same; unsafely loaded the commercial tractor and/or trailer/chassis and/or container; drove with the commercial tractor and/or trailer/chassis and/or container in an unsafe condition; and/or otherwise violated the laws of general negligence and the laws of the States of New Jersey governing the safe operation of motor/commercial vehicles.

5. As a direct and proximate result of the negligence, carelessness and/or recklessness of Chul Y. Lee and/or John Doe Individuals 1 -5, as aforesaid, the plaintiff E.S. was caused to sustain serious and permanent personal injuries. He has and will in the future suffer great pain and suffering, disabilities, impairments, and loss of enjoyment of life; he has and will in the future be forced to expend large sums of money for medical care and attention; he has and will in the future be forced to lose wages and suffer other economic losses; and he has and will in the future be unable to pursue his normal daily activities as before.

**WHEREFORE**, the plaintiff Ethan Suissa hereby demands judgment against the Defendants, either jointly, severally or in the alternative, for compensatory damages, together with interest, costs of suit and such other relief as the Court may deem just and equitable.

## JURY DEMAND

The Plaintiffs hereby demand a trial by jury as to all issues.

## NOTICE OF DESIGNATION OF TRIAL COUNSEL

**PLEASE TAKE NOTICE**, that Walter Dana Venneman is hereby designated as trial counsel of the within matter.

GILL & CHAMAS, LLC
ATTORNEYS FOR PLAINTIFF

By: *Walter Dana Venneman*
WALTER DANA VENNEMAN

DATED: March 25, 2024